E-FILED
Tuesday, 03 December, 2013  05:13:56 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )  CIVIL NO. 12-3247 |
| | ) |
| ESTATE OF EDNA GRACE SAYLOR, | ) |
| KATHY S. MILLER, DAVID L. SAYLOR, | ) |
| ROGER SAYLOR, GREGORY H. SAYLOR, | ) |
| CAPITAL ONE F.S.B., CITY OF LINCOLN, | ) |
| UNKNOWN OWNERS, INCLUDING | ) |
| UNKNOWN HEIRS AND LEGATEES OF | ) |
| EDNA GRACE SAYLOR, DECEASED, AND | ) |
| NON-RECORD CLAIMANTS, | ) |
| | ) |
| Defendants. | ) |

## OPINION CONFIRMING SALE

The U.S. Marshal has been appointed by the Court to sell property at issue in this case. The U.S. Marshal reports that the property has been sold in accordance with terms previously set forth by the Court. The Court, having reviewed the relevant materials, finds as follows:

1.  The common address and legal description of the real estate at issue:

    360 McDivitt Avenue, Lincoln, Illinois 62656

    Lot 12 in Holiday Hills First Plat, to the City of Lincoln,
    Logan County, Illinois

    PIN No. 54 12 730 012 00

2.  A notice required in accordance with 735 ILCS 5/15-1507(c)(2)(B) and 28 U.S.C. § 2002 was given;

3.  The terms of sale were fair and not unconscionable;

4.  The sale was conducted fairly and without fraud;

5.       Justice was done by the sale;

6.       All redemption and reinstatement periods have expired without redemption or reinstatement having been made; and

7.       This Court obtained personal jurisdiction over the defendants.

IT IS THEREFORE ORDERED:

A.       The U.S. Marshal's report of the sale is approved and the sale is confirmed;

B.       The United States has not waived its right to subsequently administratively collect or reduce to judgment in a separate cause of action against the defendants signing the promissory note secured by the mortgage foreclosed herein the deficiency set forth in the Report of Sale, even though no such deficiency judgment is sought in this foreclosure proceeding.

C.       The U.S. Marshal is directed to issue a deed to the holder of the certificate of purchase, sufficient to convey title pursuant to 735 ILCS l5-l509(a).

D.       The purchaser of the foreclosed property is hereby given possession effective immediately upon entry of this Order in compliance with 735 ILCS 5/15-1701(c)(1).

E.       There is no just reason to delay enforcement of or appeal from this final order.

ENTER: December 2, 2013.

                                                              s/*Richard Mills*
                                                              RICHARD MILLS
                                                              UNITED STATES DISTRICT JUDGE